**Dismissed and Opinion Filed November 7, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00734-CV

**ESTATE OF FRANCISCO J. MARTINEZ; ALMA MARTINEZ, INDIVIDUALLY, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF FRANCISCO J. MARTINEZ, DECEASED; AS NEXT FRIEND OF M.M., C.M., B.M., L.M., R.M., AND F.M., MINORS, ET AL., Appellants**

**V.**

**AMERIPIPE SUPPLY, INC. AND AJK SUPPLY, INC., Appellees**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-02608-B**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Stoddart
Opinion by Chief Justice Wright

Appellants' brief was due September 14, 2016. By notice dated September 15, 2016, we notified appellants' counsel that the time for filing appellants' brief had expired and directed appellants to file appellants' brief and a motion for extension of time to file the brief in compliance with rules 10.1(a) and 10.5(b) of the Texas Rules of Appellate Procedure within ten days. We cautioned appellants that if the brief and extension motion were not filed within the time specified the appeal would be dismissed. Appellants have not filed the brief, an extension motion, or otherwise communicated with the Court regarding the status of the brief. Because appellants have failed to file their brief, despite being given more than eighty days to do so and

being cautioned that failure to do so would result in dismissal of the appeal, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b),(c).


/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE


160734F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

ESTATE OF FRANCISCO J. MARTINEZ; ALMA MARTINEZ, INDIVIDUALLY, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF FRANCISCO J. MARTINEZ, DECEASED; AS NEXT FRIEND OF M.M., C.M., B.M., L.M., R.M., AND F.M., MINORS, ET AL., Appellants

No. 05-16-00734-CV  V.

AMERIPIPE SUPPLY, INC. AND AJK SUPPLY, INC., Appellees

On Appeal from the County Court at Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-15-02608-B.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees AMERIPIPE SUPPLY, INC. AND AJK SUPPLY, INC. recover their costs of this appeal from appellants ESTATE OF FRANCISCO J. MARTINEZ; ALMA MARTINEZ, INDIVIDUALLY, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF FRANCISCO J. MARTINEZ, DECEASED, and AS NEXT FRIEND OF M.M., C.M., B.M., L.M., R.M., AND F.M., MINORS; ALFREDO MARTINEZ AND VICTORIA ORTIZ

Judgment entered this 7th day of November, 2016.